## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Susan van Keulen  
U.S. Magistrate Judge

**RE:** <u>Fernando Diaz Reyes</u>

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** <u>5:24-cr-00019-PCP-7</u>

**Date:** November 24, 2025

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carolyn Truong     408 535 5223

**U.S. Pretrial Services Officer**     **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

The following conditions are added:

1. The defendant must not drink alcohol at all; and
2. The defendant must participate in substance abuse counseling through an outpatient program.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_Susan van Keulen_     December 11, 2025  
**JUDICIAL OFFICER**     **DATE**