**PROPOSED ORDER/COVER SHEET**

TO:  **Honorable Susan van Keulen**                   RE:  **Fernando Diaz Reyes**
     **U.S. Magistrate Judge**

FROM:  **Silvio Lugo, Chief**                    **Docket No.:**  **5:24-cr-00019-PCP-7**
       **U.S. Pretrial Services Officer**

**Date:**       **June 5, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Carolyn Truong                                          408 535 5223

**U.S. Pretrial Services Officer**                      **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 ___in person___ on ___June 12, 2026___ at ___1:00 p.m.___ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:
Mr. Reyes shall provide a sample for drug testing, at the direction of his Pretrial Service Officer, in advance of the hearing on June 12, 2026.

___Virginia K. DeMarchi___                 ___June 8, 2026___
**JUDICIAL OFFICER**                            **DATE**