**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**

**RE:** **Fernando Diaz Reyes**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-cr-00019-PCP-7**

**Date:** **August 21, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Carolyn Truong | 408 857 5174 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.2 in person on August 26, 2026 at 1:30 p.m..

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________ Presiding District Court Judge ____________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

Virginia K. DeMarchi
**JUDICIAL OFFICER**

August 21 2026
**DATE**